# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1705
Lower Tribunal No. 94-7442
_____

**Stacey Stephens,**
Appellant,

vs.

**John Stephens,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Gisela Cardonne Ely, Senior Judge.

Stacey Stephens, in proper person.

John Stephens, in proper person.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.